ACCEPTED
01-14-00886-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/15/2015 2:34:23 PM
CHRISTOPHER PRINE
CLERK

No. 01-14-00886-CR

In the
Court of Appeals for the First District of Texas
At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/15/2015 2:34:23 PM
CHRISTOPHER A. PRINE
Clerk

In the 248th District Court
Of Harris County, Texas

---

ANA MARIA GONZALEZ-ANGULO
*Appellant*

v.

THE STATE OF TEXAS
*Appellee*

---

## MOTION FOR EXTENSION OF TIME TO FILE BRIEF

---

Pursuant to Rule 38.6(d) and Rule 10.5(b) of the Texas Rules of Appellate Procedure, Appellant respectfully requests this Court to grant this motion for extension of time to file Appellant's brief, and offers the following facts in support of this request:

1. Sentence was imposed on September 29, 2014, and motion for new trial was filed on October 29, 2014. Notice of appeal was timely filed.

2. The reporter's record was filed on April 16, 2015, and appellant's brief is due on Monday, May 18, 2015.

3. No previous extensions of time have been requested in this case.

4. The case at bar is an aggravated assault. The issues are complicated and the trial took place over two weeks. In addition, a portion of the appellate record is under seal and appellate counsel needs time to consider pursuing a modification to that order.

5. Appellant asks this court for an extension of time until Wednesday, June 17, 2015, to file her brief in this case.

Appellant respectfully prays this Honorable Court grant this motion for extension of time to file an appellate brief.

Respectfully submitted,

/s/ Barbara Drumheller

Barbara A. Drumheller
650 West Bough Ln, Ste 150-130
Houston, Texas 77024
713-504-4492
barbaradrumheller@gmail.com
Texas Bar No. 00793643

2

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument has been served on the District Attorney's Office through the court system's electronic file manager.

/s/ Barbara Drumheller

Barbara Drumheller
650 West Bough Ln., Ste 150-130
Houston, Texas 77024
713-504-4492
barbaradrumheller@gmail.com
Texas Bar No. 00793643